AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| GANG WU,<br>on his own behalf and on behalf of others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>LAN SHENG SZECHUAN FOOD INC<br>d/b/a Lan Sheng Szechuan Restaurant<br><br>et al.<br>*Defendant(s)* | ))))))))))))) | Civil Action No. 19-cv-02632 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Rider


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Troy Law, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  03/26/2019                                                                         /s/ J. Gonzalez
                                                                                          *Signature of Clerk or Deputy Clerk*

**LAN SHENG SZECHUAN FOOD INC d/b/a Lan Sheng Szechuan Restaurant**
128 West 36 Street, New York, NY 10018

**LAN YANG**
128 West 36 Street, New York, NY 10018

**ZI XIANG HE a/k/a Peter He**
128 West 36 Street, New York, NY 10018

**GYALTSEN LOBSING**
128 West 36 Street, New York, NY 10018

**BIN SHENG YAN**
128 West 36 Street, New York, NY 10018

**ANGIE "DOE"**
128 West 36 Street, New York, NY 10018

**GANG WU v.**
**LAN SHENG SZECHUAN FOOD INC d/b/a Lan Sheng Szechuan Restaurant, et al.**

**Summons Rider**