**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _12·3·19___

**GANG WU,**

                            **Plaintiff,**                    **19-cv-2632 (JGK)**

            **- against -**                    **ORDER**

**LAN SHENG SZECHUAN FOOD INC., ET
AL.,**

                            **Defendants.**

**JOHN G. KOELTL, District Judge:**

As discussed at the hearing on **December 2, 2019,** the

plaintiff's motion for certification and court-authorized notice

pursuant to 29 U.S.C. § 216(b) is **denied.** The Clerk is directed

to close **Docket Number 21.**

The defendants should provide the plaintiff with the

identification of defendant Angie Doe by **December 9, 2019.**

**SO ORDERED.**

**Dated:    New York, New York**
            **December 2, 2019**

                                    **John G. Koeltl**
                            **United States District Judge**