USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-23-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GANG WU,

                Plaintiff,        19-cv-2632 (JGK)

    - against -             ORDER

LAN SHENG SZECHUAN FOOD INC., ET
AL.,

                Defendants.

---

**JOHN G. KOELTL, District Judge:**

The Court has set new deadlines for discovery in the Amended Civil Scheduling Order dated **December 2, 2019** (Dkt. No. 36). In accordance with the discussions at the conference held on **December 2, 2019,** the Court ordered the defendants to provide identification of the defendant Angie Doe in the Order dated **December 3, 2019** (Dkt. No. 37).

Accordingly, the Clerk is directed to close **Docket Nos. 32 and 33.**

SO ORDERED.

Dated:    New York, New York
            December 21, 2019

                                            John G. Koeltl
                                        **United States District Judge**