UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GANG WU,

                Plaintiff,

                                      19 civ 2632 (JGK)

      -against-

LANG SHENG SZECHUAN FOOD, INC., et al.,
                            Defendants.
------------------------------------------------------------X

## ORDER

A conference is scheduled for **Friday, January 10, 2020, at 11:30am.**

**SO ORDERED.**

                                            /s/ John G. Koeltl
                                      **JOHN G. KOELTL**
                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 6, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-7-2020