USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED 1-10-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GANG WU,

                Plaintiff,        19-cv-2632 (JGK)

    - against -                <u>ORDER</u>

LAN SHENG SZECHUAN FOOD INC., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

The Court has set new deadlines for discovery in a second Amended Civil Scheduling Order dated **January 10, 2020**. In accordance with the discussions at the conference held on January 10, 2020, the deposition of the plaintiff is scheduled for **January 31, 2020** at **10 A.M.** at the office of the defendant's counsel. The deposition of the defendant is scheduled for **February 19, 2020** at **10 A.M.** at the office of the plaintiff's counsel.

Accordingly, the Clerk is directed to close **Docket Nos. 39 and 40**.

The case is also referred to the Magistrate Judge for settlement.

SO ORDERED.

Dated:    New York, New York
            January 10, 2020

                                            John G. Koeltl
                                          **United States District Judge**