UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GANG WU,                                          :

              Plaintiff,              :    ORDER

  -v.-                                            :
                                                         19 Civ. 2632 (JGK) (GWG)
LAN SHENG SZECHUAN FOOD INC., et al.,             :

              Defendants.             :
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The defendants having failed to comply with the Court's "Standing Order Applicable to Settlement Conferences Before Judge Gorenstein" (paragraph 6, Docket # 47) by failing to bring to the conference a simultaneous interpreter, the settlement conference is adjourned to March 24, 2020, at 10:00 a.m.

      SO ORDERED.

Dated: March 9, 2020
       New York, New York

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge