UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GANG WU,                                           :

            Plaintiff,                    :      <u>ORDER</u>

  -v.-                                              :
                                                        19 Civ. 2632 (JGK) (GWG)
LAN SHENG SZECHUAN FOOD INC., et al.,              :

           Defendants.                     :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The conference scheduled for <u>March 24, 2020, at 10:00 a.m.</u> is adjourned to May 8, 2020 at 3:00 p.m.

SO ORDERED.

Dated: March 16, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge