UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GANG WU,                                            :

        Plaintiff,             :        ORDER

  -v.-                                              :
                                                                  19 Civ. 2632 (JGK) (GWG)
LAN SHENG SZECHUAN FOOD INC., et al.,  :

                                                                  :

        Defendants.
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference scheduled Friday May 8, 2020, at 03:00 p.m. is changed to a <u>telephone</u> conference.  The Court will provide the information to dial-in to the Court's conference line via email within the next 5 days.  <u>Upon receipt of the email with the dial-in information, each counsel is directed to confirm with all other counsel that they have received the dial-in information</u>.

      SO ORDERED.

Dated:  April 21, 2020
       New York, New York

                                                                       _____
                                                                       GABRIEL W. GORENSTEIN
                                                                       United States Magistrate Judge