```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GANG WU                                        :

                    Plaintiff,                 :    ORDER

        -v.-                                   :
                                                    19 Civ. 2632 (JGK) (GWG)
LAN SHENG SZECHUAN FOOD INC., et al.,          :

                    Defendants.                :
-------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The parties reached a settlement of this matter at the conference held before the Court on May 8, 2020. Because this case contains one or more claims arising under the Fair Labor Standards Act, it must be approved pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

      The parties are directed to make such an application to District Judge Koeltl on or before June 19, 2020, and in compliance with any applicable Individual Practices of Judge Koeltl.

      If the parties consent to have this action adjudicated by the undersigned, they may complete a consent form under 28 U.S.C. § 636(c). The form is available at: https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge If the case is reassigned, the same deadline for submission of the application will apply unless an extension is sought and obtained.

      SO ORDERED

Dated: May 29, 2020
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge